

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-16-00574-CR

Trial Court Cause
Number:    1435056

Style:    Jawaid A. Parker

   **v** The State of Texas

Date motion filed*:    August 8, 2017

Type of motion:    Motion to Strike Counsel's Brief on Appeal

Party filing motion:    Appellant, pro se

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

     If document is to be filed, document due: _____

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
     ☒ Acting individually    ☐ Acting for the Court

Date: September 26, 2017